# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03551-DDD

DEBORAH LAUFER, an individual,

Plaintiff,

v.

OXFORD 2005 LLLP,

Defendant.

---

## JOINT NOTICE OF SETTLEMENT

Defendant Oxford 2005 LLLP and Plaintiff Deborah Laufer, by and through their attorneys in this regard, provide their Joint Notice of Settlement, and in support thereof state as follows:

1. The parties have reached an agreement as to the resolution of this ENTIRE litigation.

2. The parties have completed and executed a Settlement Agreement and anticipate finalizing the settlement within the next fourteen (14) days.

3. The parties anticipate submitting a joint stipulation requesting the dismissal of this matter, with prejudice and in its entirety.

WHEREFORE, the parties provide their Joint Notice of the Settlement in this matter, and respectfully request that the Court vacate all existing litigation dates in this matter as it has been resolved in its entirety.

FP 39949804.2

Dated: March 2, 2021

Respectfully submitted,

**FISHER & PHILLIPS LLP**

<u>/s/ Steve A. Miller</u>
Steve A. Miller
Scott C. Fanning
10 S. Wacker Drive, Ste. 3450
Chicago, IL 60606
Phone: (312) 346-8061
Fax: (312) 346-3179
smiller@fisherphillips.com
sfanning@fisherphillips.com

*Counsel for Defendant Oxford 2005 LLLP*

**S. MOORE LAW PLLC**

<u>/s/ Suzette Michele Moore</u>
Suzette Michele Moore, Esq
2690 South Combee Road
Lakeland, FL 33803
Phone: 863-229-2140
Fax: 863-808-0586
Email: s.moore@smoorelaw.com

*Attorney for Plaintiff Deborah Laufer*

FP 39949804.2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 2, 2021, I electronically filed the foregoing Joint Notice of Settlement with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Steve A. Miller*
Steve A. Miller

*Counsel for Defendant Oxford 2005 LLLP*

FP 39949804.2