# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

**CASE NO.: 1:20-cv-03551-DDD-NYW**

DEBORAH LAUFER,
         Plaintiff,

v.

Oxford 2005 LLLP,
         Defendant(s).

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)

Plaintiff and Defendant, by and through undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., hereby stipulate, as evidenced by the signatures below, that the above-styled civil action should be dismissed in its entirety, with prejudice, and without an award of fees or costs of any type whatsoever to any of the parties.

| Stipulated and Agreed: | Dated: March 31, 2021 |
|---|---|
| Counsel for Plaintiff | Counsel for Defendant |
| **s/Suzette M. Marteny Moore**<br>*Suzette M. Marteny Moore*<br>Of Counsel, Thomas Bacon PA<br>2690 S. Combee Rd.<br>Lakeland, Florida 33803<br>Tel: 863-229-2140<br>S.Moore@SMooreLaw.com<br>EService@SMooreLaw.com<br>*Attorneys for Plaintiff* | **s/Steve A. Miller**<br>*Steve A. Miller*<br>Fisher & Phillips LLP<br>10 South Wacker Drive, Suite 3450<br>Chicago, Illinois 60606<br>Tel: (312) 346-8061 Phone<br>smiller@fisherphillips.com<br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2021, I filed the foregoing using the Clerk of Court's CM/ECF system, which will serve all counsel of record electronically.

         **s/Suzette M. Marteny Moore**
         *Suzette M. Marteny Moore*
         Of Counsel, Thomas Bacon PA
         2690 S. Combee Rd.
         Lakeland, Florida 33803

Tel: 863-229-2140
S.Moore@SMooreLaw.com
*Attorneys for Plaintiff*